UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Despot,
    Plaintiff(s),

v.

Case No. 1:12cv44
( J. Beckwith ; Litkovitz, M.J.)

Nationwide Insurance,
    Defendant(s).

## ORDER

This matter is before the Court on defendant's motion for a telephonic status conference (Doc. 23). For good cause shown, the defendant's motion is **hereby Granted**.

The telephone status conference currently set for October 11, 2012 is **hereby Vacated** and shall be reset for **Friday, September 14, 2012 at 2:30 pm**.

Parties are to call into the conference line five minutes prior to the scheduled start time of the conference.
Conference meeting telephone number: 1-877-336-1839
Access code: 9003349
Participant security code: 1001

**IT SO ORDERED.**

_8/27/12_
Date

awh   August 27, 2012

KAREN L. LITKOVITZ
U.S. Magistrate Judge

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☑ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>David Despot<br>4885-A McKnight Rd.<br>#101<br>Pittsburgh, PA 15237 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0000 8389 9227 | |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540